IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 97-03374-CIV-MOORE

VITOL, S.A.,

    Plaintiff,

vs.                                      **ORDER**

JOSE TRINIDAD MARQUEZ,

    Defendant.
_____/

    THIS CAUSE came before the Court upon Plaintiff's Motion to File Settlement Agreement Under Seal (filed October 19, 1998).

    UPON CONSIDERATION of the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that the Motion be, and the same is hereby, GRANTED.

    DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 1998.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    George P. Ord, Esq.
        Maxine M. Long, Esq.